UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>  Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>  Respondents | Case No.: 2:21-cv-00161-JAD-VCF<br><br>**Order Granting Motions to Extend Time**<br><br>[ECF Nos. 10, 12, 17] |

In Julius Bradford's pro se 28 U.S.C. § 2241 habeas corpus action, both sides move for various extensions of time.[1]  Good cause appearing,

IT IS ORDERED that respondents' third and fourth motions for extension of time to respond to the petition **[ECF Nos. 10 and 12] are both GRANTED** *nunc pro tunc*.

IT IS FURTHER ORDERED that petitioner's motion for extension of time to file a response to respondents' motion to dismiss **[ECF No. 17] is GRANTED**.  **Petitioner must file his response on or before November 29, 2021.**

Dated: October 29, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 10, 12, 17.